In the Matter of ANGIE M.P., an Infant. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; RICHARD M.P., Appellant. (Appeal No. 2.) [737 NYS2d 905] —Appeal from an order of Family Court, Jefferson County (Hunt, J.), entered November 27, 2000, which, inter alia, terminated respondent's parental rights on the ground of permanent neglect.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Same Memorandum as in *Matter of Angie M.P.* (291 AD2d 932 [decided herewith]). Present—Hayes, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.